THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JAMES E. MULFORD, Appellant.

*People* v. *Mulford,* 140 App. Div. 716, affirmed.
(Argued June 6, 1911; decided June 16, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 16, 1910, which affirmed a judgment of the Allegany County Court rendered upon a verdict convicting the defendant of the crime of unlawfully practicing medicine.

*Lee Fassett, B. B. Ackerman* and *Eldyn Reynolds* for appellant.

*James T. Ward* for respondent.

Judgment of conviction affirmed, on the authority of *People* v. *Allcutt* (117 App. Div. 546; affd., 189 N. Y. 517); no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.